NO. CAAP-16-0000612

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DRI, Plaintiff-Appellant,
v.
DKI, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 12-1-7967)

ORDER APPROVING THE JANUARY 12, 2017
STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal," filed January 12, 2017, by Plaintiff-Appellant D.R.I., the papers in support, and the record, it appears that (1) the appeal was docketed on November 7, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice, and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with

prejudice.  The parties shall bear their own costs and attorneys'
fees on appeal.

DATED: Honolulu, Hawaiʻi, February 1, 2017.

Presiding Judge

Associate Judge

Associate Judge